```
                    FILED
              CLERK, U.S. DISTRICT COURT

                   APR 2 2009

              CENTRAL DISTRICT OF CALIFORNIA
              BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>        vs.  )<br>  )<br>  )<br> Kevin Michael Shanahan )<br>             Defendant.  )<br>_____) | Case No.: 08-732 R<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __C.D.Cal__ for alleged violation(s) of the terms and conditions of his/her [probation] ([supervised release]) and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __medical & mental health issues__

and/or

B.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/2/09

JEFFREY W. JOHNSON
UNITES STATES MAGISTRATE JUDGE